CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff
ORLANDO GARCIA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | Case No.: 2:20-CV-07283-PA-GJS |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| CECN, LLC, a Delaware Limited Liability Company; EAGLE ROCK POKE, INC., a Wyoming Corporation; and Does 1-10, | |
| Defendants. | |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

CENTER FOR DISABILITY ACCESS

Dated: September 20, 2020            By: /s/ Amanda Lockhart Seabock
                                         Amanda Lockhart Seabock
                                         Attorney for Plaintiff